UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

__Andre' Don Savage__
_____
(Name of plaintiff or plaintiffs)

v.

__Texas Workforce Commission (TWC)__

__and Robert Von Quintus Director IT__

__and Joel Arevalo Manager IT__
(Name of defendant or defendants)

**A14CV0824 LY**

Civil Action Number:

_____
(Case Number to be supplied
by the Intake Clerk)

## COMPLAINT

1. This action is brought by __Andre' Don Savage__, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[x] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[x] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant __TWC/Robert Von Quintus/ Joel Arevalo__ (Defendant's name) lives at, or its business is located at __101 East 15th Street__ (street address), __Austin__ (city), __Texas__ (state), __78778__ (zip).

3a. Plaintiff sought employment from the defendant or was employed by the defendant at __101 East 15th Street__ (street address), __Austin__ (city), __Texas__ (state), __78778__ (zip).

3b. At all relevant times of claim of discrimination, Defendant employed __500__ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had ____ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about  September  (month)  10  (day)  2013  (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: April 2012, November 12, 2012, April 4, 2013 through termination on September 30, 2013.

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about  October  (month)  15  (day)  2013  (year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on  May  (month)  30  (day)  2014  (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[x] No

**VERY IMPORTANT NOTE:** IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7. Because of plaintiff's:

**(Please select the applicable allegation(s))**

[x] Race (If applicable, state race)  Black

[ ] Color (If applicable, state color) _____

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim) _____

[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

[x] Disability (If applicable, state disability)  Chronic Back Pain, Episodic Flare-ups requiring intermittent leave

[ ]   Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____
_____
_____.

The defendant: **(please select all that apply)**

[ ]   failed to employ plaintiff.

[x]   terminated plaintiff's employment.

[ ]   failed to promote plaintiff.

[ ]   harassed plaintiff.

[ ]   other (specify) _____
_____
_____
_____.

8a.   State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**   INCLUDE **SPECIFIC DATES**, **SPECIFIC EVENTS**, AND ANY **SPECIFIC COMMENTS** MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

In April 2012, my supervisor, yelled and spit on me. I went to the Human Resources department and filed a complaint with Mary Cook, she suggested that we attend counseling. I attended three sessions and the supervisor didn't attend any.

November 2012, I was accused of being angry and aggressive by a hearing impaired co-worker who was actually aggressive toward me and others in my area. I was given a written warning but I was not given an opportunity to discuss the issues with my supervisor.

April 4, 2013, I was accused of being aggressive by the lead team member and it was found through a grievance hearing that I was not the only one but I was placed on 90 day probation the other employee was verbally counseled.

September 10, 2013, I was accused of being angry and aggressive toward an employee in the TWC parking garage and I was fired by my manager based on her accusations without an opportunity to present my side of the story.

8b.   List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

Captain Beckman of Security can testify that I did not behave in an angry and aggressive manner during the incident that occurred on September 10, 2013, that led to the wrongful termination of my employment. Captain Beckman testified during my appeal for unemployment benefits. Hearing Officer Klotz issused a decision to approve my application for unemployment benefits but I did not get my job back.

8c.   List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

Page No: 5 Texas Workforce Commission Appeal Tribunal Decision Appeal No: 1784557-1-3 this page proves that I was wrongly terminated.

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

    [ ] still being committed by defendant.
    [ ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[x] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[x] Defendant be directed to _I want a job with the Texas Workforce Commission comparble to the job, I was wrongfully terminated from October 1, 2013. I want the salary I was denied due to wrongfully termination,_

_____, and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

August 25, 2014
**Date**

Andre' Don Savage *(signature)*
**Signature of Plaintiff**

3300 Manor Road #140
**Address of Plaintiff**

| Austin | Texas | 78723 |
|---|---|---|
| City | State | Zip Code |

512 299-6643
**Telephone Number(s)**